# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2024-1944
L.T. Case No. 2024-CA-735
_____

ANGEL E. GASTON,

    Appellant,

    v.

LAW OFFICES OF MICHEAL A. GRAVES, WANDA
T. GREENE, ANDREW L. BARTHELEMY,
BENJAMIN MICHAEL AYRIS, DONNA
BONIFACINO, AND MICHAEL A. GRAVES

    Appellees.

_____

On appeal from the Circuit Court for Lake County.
Heidi Davis, Judge.

Angel E. Gaston, Doral, pro se.

No Appearance for Appellees.

October 22, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

MAKAR, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____